*Sable* v. *Hitchcock.*

THE defendant here demurred to the plaintiff's declaration, and both parties having made up the paper books, the question now arose, whose right or duty it was to have done it.

*Per Curiam.* It belongs to the plaintiff to make up the books and bring on the argument in such cases. So is the *English* practice, and so has been that of this court.

*Gourley* v. *Shoemakers.*

ON motion to change the venue on the usual affidavit.

The court said it was not to be considered as sufficient cause for granting such motion, merely, that material witnesses reside in the county to which the party wishes to remove the cause ; but it must be added that evidence will there be given of some material fact which actually happened there.